*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 2/5/2018



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
DANIEL LEONARD BALDWIN JR., ) Bk. No. **17-07604-RM3-13**
125 Old Trinity Lane ) Chapter 13
Nashville, TN 37207 ) Judge Randal S. Mashburn
)
SSN: XXX-XX-4921 )
)
 Debtor(s). )

ORDER DENYING CONFIRMATION AND DISMISSING CASE

      This matter came to be heard on January 31, 2018, continued from January 17, 2018, upon the issue of confirmation of the debtor's proposed Chapter 13 plan, the objection to confirmation raised by the Trustee, and the Trustee's related Motion to Dismiss. At the call of the docket, debtor's counsel was present but indicated that the debtor could not pursue confirmation of the plan nor could the debtor contest the Trustee's Motion to Dismiss. Based upon this announcement, it is

      ORDERED, confirmation of the debtor's proposed Chapter 13 plan is denied; it is further

      ORDERED, the above styled case is dismissed; it is further

      ORDERED, the Trustee is authorized to disburse from any funds on hand any unpaid filing fee, administrative fee, unpaid adequate protection payments to secured creditors, allowed and approved administrative claims, or unpaid Trustee commission, if any, prior to returning any funds to the debtor.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on or before the 2nd day of February, 2018, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

U. S. Trustee
James Flexer, Counsel for Debtor

*By U. S. Postal Service, postage prepaid to:*

Daniel L. Baldwin Jr., 125 Old Trinity Lane, Nashville, TN 37207

/s/ Henry E. Hildebrand, III

_____
Henry E. Hildebrand, III
Chapter 13 Trustee

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.